# United States District Court
# For The Western District of North Carolina
# Statesville Division

JONI H. CALDWELL,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                               CASE NO. 5:11CV70

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2012, Order.

                                        Signed: June 25, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court